IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Christopher M. Brumbaugh and : <br> Amanda K. Brumbaugh, : <br>    Debtors : <br> : <br> : <br> : <br> Amanda K. Brumbaugh, : <br>    Movant : <br> : <br> : <br> : <br> v. : <br> : <br> Southern Fulton School District : <br> 3072 Great Cove Road, Suite 100 : <br> Warfordsburg, PA 17267, : <br>    Respondent : <br> : <br> and : <br> : <br> Ronda J. Winnecour, Esquire, : <br> Chapter 13 Trustee, : <br>    Additional Respondent : <br> : <br> Social Security No. xxx-xx-2726 : | Bankruptcy No. 14-70227 <br><br> Chapter 13 <br><br> Document No. 80 <br><br> Filed Under Local Bankr. <br> Rule 9013.4 Para. 6(C) <br><br> Related to Document No. 38, 40 80 |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

  Upon representation of the above-named Debtor, Amanda K. Brumbaugh, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 Plan,

  IT IS HEREBY ORDERED that until further order of this Court, the entity from which the Debtor receives income:

  Southern Fulton School District
  3072 Great Cove Road, Suite 100
  Warfordsburg, PA 17267

Shall monthly deduct from said income the sum of One Thousand Two Hundred Seventy-Five and no/100 Dollars ($1,275.00) beginning the month of July 2016 and deduct a similar amount each month thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past

employment, or from any other benefits payable to the Debtor, and shall remit the deducted sum ON AT LEAST A MONTHLY BASIS to:

>Ronda J. Winnecour, Esquire
>Chapter 13 Trustee, W. D. PA
>P. O. Box 84051
>Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Debtor's attorney, Jeffrey A. Muriceak, Esquire, 401 Allegheny Street, P.O. Box 415, Hollidaysburg, Pennsylvania 16648 (814-695-7581), if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result on the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this __13th__ day of __July_____,

_jsf_

Jeffery A. Deller
U. S. Bankruptcy Judge

FILED
7/13/16 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher M. Brumbaugh
Amanda K. Brumbaugh
    Debtors

Case No. 14-70227-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: llea     Page 1 of 1     Date Rcvd: Jul 13, 2016
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
jdb           +Amanda K. Brumbaugh,    221 W. 5th Avenue,    Everett, PA 15537-9609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Jeffrey A. Muriceak    on behalf of Joint Debtor Amanda K. Brumbaugh jmuriceak@eveyblack.com,
          choover@eveyblack.com
         Jeffrey A. Muriceak    on behalf of Debtor Christopher M. Brumbaugh jmuriceak@eveyblack.com,
          choover@eveyblack.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                          TOTAL: 5