**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christopher M. Brumbaugh** | : | Case No. 14–70227–JAD |
| **Amanda K. Brumbaugh** | : | Chapter: 13 |
| **aka Amanda Fulmar** | : | |
| *Debtor(s)* | : | |
| | : | |
| JPMorgan Chase Bank, National Association | : | Related to Claim No. 13 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Christopher M. Brumbaugh | : | |
| Amanda K. Brumbaugh | : | |
| aka Amanda Fulmar | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

      **AND NOW**, this **6th day of June, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *JPMorgan Chase Bank, National Association* at Claim No. 13 in the above–captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                                                                       Jeffery A. Deller
                                                                   United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-70227-JAD
Christopher M. Brumbaugh                                                        Chapter 13
Amanda K. Brumbaugh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 1               Date Rcvd: Jun 06, 2017
                              Form ID: 237            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2017.
db/jdb         +Christopher M. Brumbaugh,    Amanda K. Brumbaugh,    221 W. 5th Avenue,    Everett, PA 15537-9609
14257410        JP Morgan Chase Bank, N.A.,    Chase Records Center, Attn: Corresponden,
                 Mail Code LA4-555 700 Kansas Lane,    Monroe, LA 71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Joint Debtor Amanda K. Brumbaugh jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jeffrey A. Muriceak    on behalf of Debtor Christopher M. Brumbaugh jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6