**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
CHRISTOPHER M.
BRUMBAUGH
AMANDA K. BRUMBAUGH
     Debtor(s)

      Case No. 14-70227JAD

Ronda J. Winnecour

      Chapter 13

      Document No.___

     Movant

  vs.

JPMORGAN CHASE BANK
     Respondent(s)

### INTERIM NOTICE OF CURE OF ARREARS

     Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

     The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 32
Court Claim Number - 13-2

        /s/   Ronda J. Winnecour _____

7/23/2018       RONDA J WINNECOUR PA ID #30399
        CHAPTER 13 TRUSTEE WD PA
        600 GRANT STREET
        SUITE 3250 US STEEL TWR
        PITTSBURGH, PA  15219
        (412) 471-5566
        cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTOPHER M. BRUMBAUGH
AMANDA K. BRUMBAUGH

      Debtor(s)

Ronda J. Winnecour

      Movant

vs.

JPMORGAN CHASE BANK

      Respondent(s)

Case No.:14-70227JAD

Chapter 13

Document No.___

### CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

CHRISTOPHER M. BRUMBAUGH, AMANDA K. BRUMBAUGH, 221 W. 5TH AVENUE, EVERETT, PA  15537
 JEFFREY A MURICEAK ESQ, EVEY BLACK ATTORNEYS, 401 ALLEGHENY ST, HOLLIDAYSBURG, PA  16648
JPMORGAN CHASE BANK, ATTN BANKRUPTCY PAYMENT PRCSNG, 3415 VISION DR, COLUMBUS, OH  43219
JPMORGAN CHASE BANK NA, ATTN CORRESPONDENCE MAIL MC LA-4-5555, 700 KANSAS LN, MONROE, LA  71203
 JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

07/23/2018

/s/ Renee Ward
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com