IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Christopher M. Brumbaugh and Amanda K. Brumbaugh, Debtors | : : : : | Bankruptcy No.    14-70227 |
| | : | Chapter 13 |
| Amanda K. Brumbaugh, Movant | : : : | Document No. |
| | : : | Filed Under Local Bankr. Rule 9013.4 Para. 6(C) |
| v. | : : | Related to Document No. 81, 91 |
| Southern Fulton School District 3072 Great Cove Road, Suite 100 Warfordsburg, PA 17267, Respondent | : : : : | |
| and | : : | FILED 3/15/19 11:47 am CLERK U.S. BANKRUPTCY COURT - WDPA |
| Ronda J. Winnecour, Esquire, Chapter 13 Trustee, Additional Respondent | : : : : | |
| Social Security No. xxx-xx-2726 | : | |

### ORDER TO TERMINATE WAGE ATTACHMENT

Upon representation of the above-named Debtor, Amanda K. Brumbaugh, having filed a Chapter 13 petition and having moved to terminate the wage attachment order entered by this Court on July 13, 2016,

IT IS HEREBY ORDERED that the wage attachment directed by this Court's Order dated July 13, 2016 Order is terminated as to Debtor, Amanda K. Brumbaugh's employer, Southern Fulton School District effective  March 15, 2019  .

DATED this  15th  day of  March  2019.

/s/ Jeffery A. Deller  jsf
Jeffery A. Deller
U. S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher M. Brumbaugh  
Amanda K. Brumbaugh  
    Debtors

Case No. 14-70227-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 1     Date Rcvd: Mar 15, 2019  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.  
db/jdb       +Christopher M. Brumbaugh,    Amanda K. Brumbaugh,    221 W. 5th Avenue,    Everett, PA 15537-9609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com  
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         Jeffrey A. Muriceak    on behalf of Joint Debtor Amanda K. Brumbaugh jmuriceak@eveyblack.com, choover@eveyblack.com  
         Jeffrey A. Muriceak    on behalf of Debtor Christopher M. Brumbaugh jmuriceak@eveyblack.com, choover@eveyblack.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                        TOTAL: 6