SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# <u>INTO REGISTRY ACCOUNT</u>

TO:    1. *Intake Clerk* *    UC

        2. *Case Administrator*

FROM:    *Financial Administrator*

DATE: __4/30/19__

CASE NAME: __Christopher M. & Amanda K. Brumbaugh__

CASE NUMBER: __14-70227-JAD__

Check Number __111 5086__ in the amount of $ __35.56__ was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __15534__        Intake Clerk's Initials __MT__

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.*

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA  15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

04/30/2019

| | |
|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR     Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: CHRISTOPHER M. BRUMBAUGH
AMANDA K. BRUMBAUGH
Case No: 14-70227JAD

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Bureaus Investment Group Portfolio No 15 Llc++
C/O Recovery Mgmnt Syst Corp
25 Se 2Nd Ave Ste 1120
Miami,FL 33131-1605

CHECK NUMBER 1115086    AMOUNT $35.56

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                               /s/ Rosa Richard
                                             Administrative Assistant
                                             for Ronda J. Winnecour, Esq.
                                             Chapter 13 Trustee

CC:JEFFREY A MURICEAK ESQ
CHRISTOPHER M. BRUMBAUGH
AMANDA K. BRUMBAUGH
Bureaus Investment Group Portfolio No 15 Llc++