IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Christopher M. Brumbaugh and Amanda K. Brumbaugh, | : : : | Bankruptcy No. 14-70227-JAD |
| Debtor | : : | Chapter 13 |
| Ronda J. Winnecour, Movant | : : : : | |
| No Respondents | : | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 18, 2014, at docket numbers 25 and 26, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by the undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  05/29/2019     By:     /s/ Jeffrey A. Muriceak
                                Signature

                                Jeffrey A. Muriceak, Esquire
                                Name of Filer - Typed
                                PO Box 415, Hollidaysburg, PA 16648
                                Address of Filer
                                jmuriceak@eveyblack.com
                                Email Address of Filer
                                814-695-7581
                                Phone Number of Filer
                                PA ID No. 76013
                                Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**