Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher M. Brumbaugh
Amanda K. Brumbaugh
aka Amanda Fulmar**
  Debtor(s)

Bankruptcy Case No.: 14−70227−JAD

Chapter: 13
Docket No.: 97 − 96

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 28th of May, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/16/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/16/19 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/16/19.**

                                                             Jeffery A. Deller
                                                             United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher M. Brumbaugh
Amanda K. Brumbaugh
         Debtors

Case No. 14-70227-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: jfur    Page 1 of 2    Date Rcvd: May 28, 2019
                       Form ID: 408   Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
```
db/jdb         +Christopher M. Brumbaugh,    Amanda K. Brumbaugh,    221 W. 5th Avenue,    Everett, PA 15537-9609
intp           +Southern Fulton School District,    Attn: Payroll Department,    3072 Great Cove Road, Suite 100,
                 Warfordfsburg, PA 17267-8530
13830877       +AES/PHEAA,    1200 N 7th St,    Harrisburg, PA 17102-1419
13830880       +Chase,    PO Box 24696,    Columbus, OH 43224-0696
13880879        ECMC,    PO BOX 16408,    ST. PAUL, MN, 55116-0408
13830887        HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
13873971        JP Morgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
14257410        JP Morgan Chase Bank, N.A.,    Chase Records Center, Attn: Corresponden,
                 Mail Code LA4-555 700 Kansas Lane,    Monroe, LA 71203
13830888       +KML Law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13830889       +M & T Bank PHEAA Trust,    PO Box 9054,    Pleasanton, CA 94566-9054
13830891       +Miracle Life Science,    PO Box 844117,    Dallas, TX 75284-4117
13830892        National Rehab Park,    PO Box 1135,    Buena Vista, PA 15018
13860721       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13830893       +Penelec,    PO Box 16001,    Reading, PA 19612-6001
13851210       +Penelec, A FirstEnergy Company,    c/o FirstEnergy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank, NJ 07701-5688
13830895       +Radioshack/Citi Bank N.A.,    PO Box 6497,    Sioux Falls, SD 57117-6497
13830897       +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
13830898       +TD RCS/Littman Jewelers,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
13830901       +TNB - Target,    PO Box 673,    Minneapolis, MN 55440-0673
13830899       +Tek-Collect Inc,    871 Park St,    Columbus, OH 43215-1441
13936901        The Bureau, Inc.,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
13830900       +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14229519       +West Providence Township Municipal Authority,    c/o Leventry, Haschak & Rodkey, LLC,
                 1397 Eisenhower Blvd.,    Richland Sq. III, Suite 202,    Johnstown, PA 15904-3267
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13866747       +E-mail/Text: bncmail@w-legal.com May 29 2019 03:37:35     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13843703        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2019 03:49:09
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13875620        E-mail/PDF: rmscedi@recoverycorp.com May 29 2019 03:46:31
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13830879        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 03:48:05     Capital One,
                 PO Box 85520,    Richmond, VA 23285
13830881       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2019 03:36:23     Comenity Bank/Fashion Bug,
                 PO Box 182272,    Columbus, OH 43218-2272
13830882        E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:01:04     GECRB/JC Penney,    PO Box 984100,
                 El Paso, TX 79998
13830883       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:01:04     GECRB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
13830884       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:00:57     GECRB/Paypal Smart Con,
                 PO Box 965005,    Orlando, FL 32896-5005
13830885       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:01:04     GECRB/Sams Club,    PO Box 965005,
                 Orlando, FL 32896-5005
13830886       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:00:57     GECRB/Walmart DC,    PO Box 965024,
                 Orlando, FL 32896-5024
13830890       +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2019 03:37:18     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13830894        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:46:24
                 Portfolio Recovery Assoc.,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13879529        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2019 03:46:23
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13830896       +E-mail/PDF: pa_dc_claims@navient.com May 29 2019 03:44:39     Sallie Mae,    11100 Usa Pkwy,
                 Fishers, IN 46037-9203
13849603       +E-mail/Text: bncmail@w-legal.com May 29 2019 03:37:35     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13830902       +E-mail/Text: BankruptcyNotice@upmc.edu May 29 2019 03:38:07     UPMC Bedford Memorial,
                 Quantum I Building/Third Floor,    Distribution Room #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.

```
District/off: 0315-7           User: jfur              Page 2 of 2               Date Rcvd: May 28, 2019
                               Form ID: 408            Total Noticed: 39

cr*              ECMC,   P.O. Box 16408,   St. Paul, MN   55116-0408
13830878         ##+Alpha Recovery Group,   5660 Greenwood Plaza Blvd,   Suite 101,   Englewood, CO 80111-2417
                                                                                    TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey A. Muriceak    on behalf of Joint Debtor Amanda K. Brumbaugh jmuriceak@eveyblack.com,
           choover@eveyblack.com
          Jeffrey A. Muriceak    on behalf of Debtor Christopher M. Brumbaugh jmuriceak@eveyblack.com,
           choover@eveyblack.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```