IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
CHRISTOPHER M. BRUMBAUGH
AMANDA K. BRUMBAUGH
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:14-70227 JAD

Chapter 13

Document No.: 96

FILED
7/17/19 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __17th__ day of __July__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 14-70227-JAD
Christopher M. Brumbaugh                                                Chapter 13
Amanda K. Brumbaugh
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-7          User: mgut                   Page 1 of 2                  Date Rcvd: Jul 17, 2019
                              Form ID: pdf900              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db/jdb         +Christopher M. Brumbaugh,    Amanda K. Brumbaugh,    221 W. 5th Avenue,    Everett, PA 15537-9609
intp           +Southern Fulton School District,    Attn: Payroll Department,    3072 Great Cove Road, Suite 100,
                 Warfordfsburg, PA 17267-8530
13830877       +AES/PHEAA,   1200 N 7th St,    Harrisburg, PA 17102-1419
13830880       +Chase,   PO Box 24696,    Columbus, OH 43224-0696
13880879        ECMC,   PO BOX 16408,    ST. PAUL, MN, 55116-0408
13830887        HSBC Retail Services,    PO Box 5244,    Carol Stream, IL 60197-5244
13873971        JP Morgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
14257410        JP Morgan Chase Bank, N.A.,    Chase Records Center, Attn: Corresponden,
                 Mail Code LA4-555 700 Kansas Lane,    Monroe, LA 71203
13830888       +KML Law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13830889       +M & T Bank PHEAA Trust,    PO Box 9054,   Pleasanton, CA 94566-9054
13830891       +Miracle Life Science,    PO Box 844117,   Dallas, TX 75284-4117
13830892        National Rehab Park,    PO Box 1135,   Buena Vista, PA 15018
13860721       +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
13830893       +Penelec,   PO Box 16001,    Reading, PA 19612-6001
13851210       +Penelec, A FirstEnergy Company,    c/o FirstEnergy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank, NJ 07701-5688
13830895       +Radioshack/Citi Bank N.A.,    PO Box 6497,    Sioux Falls, SD 57117-6497
13830897       +TD Bank USA/Target Credit,    PO Box 673,   Minneapolis, MN 55440-0673
13830898       +TD RCS/Littman Jewelers,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
13830901       +TNB - Target,    PO Box 673,   Minneapolis, MN 55440-0673
13830899       +Tek-Collect Inc,    871 Park St,   Columbus, OH 43215-1441
13936901        The Bureau, Inc.,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
13830900       +The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507
14229519       +West Providence Township Municipal Authority,     c/o Leventry, Haschak & Rodkey, LLC,
                 1397 Eisenhower Blvd.,    Richland Sq. III, Suite 202,    Johnstown, PA 15904-3267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13866747       +E-mail/Text: bncmail@w-legal.com Jul 18 2019 03:22:51     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13843703        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2019 03:31:19
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
13875620        E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2019 03:30:44
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13830879        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 03:30:40     Capital One,
                 PO Box 85520,   Richmond, VA 23285
13830881       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 03:21:42     Comenity Bank/Fashion Bug,
                 PO Box 182272,   Columbus, OH 43218-2272
13880879        E-mail/Text: ECMCBKNotices@ecmc.org Jul 18 2019 03:21:47     ECMC,   PO BOX 16408,
                 ST. PAUL, MN, 55116-0408
13830882        E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:36     GECRB/JC Penney,   PO Box 984100,
                 El Paso, TX 79998
13830883       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:29:33     GECRB/Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
13830884       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:36     GECRB/Paypal Smart Con,
                 PO Box 965005,   Orlando, FL 32896-5005
13830885       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:29:33     GECRB/Sams Club,   PO Box 965005,
                 Orlando, FL 32896-5005
13830886       +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:30:36     GECRB/Walmart DC,   PO Box 965024,
                 Orlando, FL 32896-5024
13830890       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2019 03:22:34     Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13830894        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:30:43
                 Portfolio Recovery Assoc.,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13879529        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:28:39
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13830896       +E-mail/PDF: pa_dc_claims@navient.com Jul 18 2019 03:28:41     Sallie Mae,   11100 Usa Pkwy,
                 Fishers, IN 46037-9203
13849603       +E-mail/Text: bncmail@w-legal.com Jul 18 2019 03:22:51     TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13830902       +E-mail/Text: BankruptcyNotice@upmc.edu Jul 18 2019 03:23:13     UPMC Bedford Memorial,
                 Quantum I Building/Third Floor,    Distribution Room #386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 17
```

```
District/off: 0315-7         User: mgut              Page 2 of 2              Date Rcvd: Jul 17, 2019
                             Form ID: pdf900         Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JPMORGAN CHASE BANK, N.A.
cr*           ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13830878      ##+Alpha Recovery Group,    5660 Greenwood Plaza Blvd,    Suite 101,    Englewood, CO 80111-2417
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Joint Debtor Amanda K. Brumbaugh jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Jeffrey A. Muriceak    on behalf of Debtor Christopher M. Brumbaugh jmuriceak@eveyblack.com,
               choover@eveyblack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```